UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MEHMET CAN KOGU                                                    PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:26-CV-303-DCB-RPM

RAFAEL VERGARA                                                     RESPONDENT

## ORDER REQUIRING STATUS UPDATE

This matter is before the Court *sua sponte*.  On April 7, 2026, Petitioner filed a [1]

Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  At the time the petition was

filed, Petitioner was an immigration detainee housed at the Adams County Correctional Center in

Natchez, Mississippi.  He has been detained since January 4, 2026.  On February 3, 2026, an

immigration judge entered an order of removal to Turkey.  [8-3].  Although Petitioner ostensibly

waived his appeal, a notice of appeal was delivered to the Board of Immigration Appeals (BIA),

which remained pending as of Respondent's May 27, 2026, response to the petition.  [8-3] at 4,

[8-4].  The Court directs the parties to provide a status update on Petitioner's removal

proceedings, including but not limited to the status of the BIA appeal.

IT IS THEREFORE ORDERED that the parties shall file a status update on or before

**August 31, 2026**.

SO ORDERED AND ADJUDGED, this the 10th day of August 2026.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE